# STATE OF LOUISIANA
## COURT OF APPEAL
## FIRST CIRCUIT

## DOCKET NUMBER
## 2022 CA 0807

## PONTCHARTRAIN NATURAL GAS SYSTEM, K/D/S PROMIX, L.L.C., AND ACADIAN GAS PIPELINE SYSTEM

## VERSUS

## TEXAS BRINE COMPANY, LLC

Judgment Rendered: __MAY 1 9 2023__

\* \* \* \* \*

## ON APPEAL FROM THE
## 23RD JUDICIAL DISTRICT COURT, DIVISION B
## ASSUMPTION PARISH, LOUISIANA
## DOCKET NUMBER 34,265

### HONORABLE THOMAS J. KLIEBERT, JR., AD HOC JUDGE PRESIDING

\* \* \* \* \*

| | |
|---|---|
| Leopold Z. Sher<br>James M. Garner<br>Peter L. Hilbert, Jr.<br>Christopher T. Chocheles<br>New Orleans, Louisiana | Attorneys for Appellant<br>Texas Brine Company, LLC |
| Travis J. Turner<br>Gonzales, Louisiana | |
| Ulysses Gene Thibodeaux<br>Lake Charles, Louisiana | |
| Roy C. Cheatwood<br>Kent A. Lambert<br>Adam B. Zuckerman<br>Leopoldo J. Yanez<br>Matthew C. Juneau<br>Lauren Brink Adams<br>New Orleans, Louisiana | Attorneys for Appellee<br>Legacy Vulcan, LLC |

## BEFORE:   WELCH, HOLDRIDGE, and GREENE, JJ.

**GREENE, J.**

This dispute is one of many arising out of the August 3, 2012 sinkhole that appeared near Bayou Corne in Assumption Parish, Louisiana. In this appeal, Texas Brine Company, LLC challenges a January 18, 2022 judgment granting Legacy Vulcan's Motion for Partial Summary Judgment Dismissing Texas Brine's Claims for Double Recovery of Insured Losses and Liabilities. After review, we dismiss the appeal and remand the matter to the trial court.

In a related appeal, this court recently considered an identical judgment rendered by the same trial court, on the same day, but in a different docket number, *i.e.*, Twenty-Third Judicial District Court Docket No. 34,202. *See Crosstex Energy Services, LP v. Texas Brine Company, LLC,* 22-0832 (La. App. 1 Cir. 3/16/23), ___ So.3d ___, 2023 WL 2531238 (*Crosstex 0832*). The judgment at issue in *Crosstex 0832* also granted Legacy Vulcan's Motion for Partial Summary Judgment Dismissing Texas Brine's Claims for Double Recovery of Insured Losses and Liabilities and was also certified as final under La. C.C.P. art. 1915(B). The *Crosstex 0832* Court dismissed the appeal, based on a lack of subject matter jurisdiction, because the judgment therein did not meet the requirements of an appealable judgment under La. C.C.P. art. 1915(B) and *R.J. Messinger, Inc. v. Rosenblum,* 04-1664 (La. 3/2/05), 894 So.2d 1113, 1122. *Crosstex 0832,* 2022 WL 2531238 at *4-5.[1]

After a thorough review of the record, we find no material distinction between the judgment and issues presented in this appeal and those presented in *Crosstex 0832.* For the reasons set forth in *Crosstex 0832,* we conclude the January 18, 2022 judgment herein does not meet the requirements of a final appealable judgment under La. C.C.P. art. 1915(B) and *Messinger.* Therefore, we lack subject matter jurisdiction over this appeal.

---

[1] After *Crosstex 0832* was decided, this court decided *Florida Gas Transmission Company, LLC v. Texas Brine Company, LLC,* 22-1036 (La. App. 1 Cir. 4/18/23), ___ So.3d ___, 2023 WL 2985097 (*Florida Gas 1036*), and again considered another identical judgment by the same trial court, on the same day, in a third trial court docket number, *i.e.*, Twenty-Third JDC Docket No. 34,316. As did the *Crosstex 0832* Court before it, the *Florida Gas 1036* Court dismissed Texas Brine's appeal.

We hereby dismiss the appeal and remand the matter to the trial court for further proceedings. We issue this summary disposition in accordance with Uniform Rules – Courts of Appeal, Rule 2-16.2(A)(1), (2), (4), and (6). We assess costs of this appeal equally between Texas Brine Company, LLC and Legacy Vulcan, LLC.

**MOTION TO REMAND DENIED; APPEAL DISMISSED; CASE REMANDED.**[2]

---

[2] In light of this opinion and the parties' appearance at oral argument, we deny as moot Texas Brine's February 8, 2023 Motion to Remand Issues Presented by this Appeal and Cancel Oral Argument Due to Improvident Granting of Article 1915(B) Certification, that was filed with this Court.